THE HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PATRICK G. GARLOCK and LARENE M. GARLOCK, husband and wife; and MICHAEL H. JENNINGS, JR. and NANCY A. JENNINGS, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>OPTIMISCORP, a Delaware corporation,<br><br>Defendant. | Case No.  3:22-cv-05108-BJR<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT AND ORDER** |

STIPULATION EXTENDING TIME TO RESPOND TO
COMPLAINT AND [PROPOSED] ORDER
(No. 3:22-cv-05108-BJR) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200   FAX, (206) 407-2278

**STIPULATION**

The parties in the above-captioned action, through their undersigned counsel, hereby STIPULATE and AGREE as follows:

Whereas, Plaintiffs filed their Complaint in state court on December 15, 2021 (Dkt. 1-2);

Whereas, Defendant removed this case from state court on February 22, 2022 (Dkt. 1, 1-1, 1-2);

Whereas, Defendant filed a motion to dismiss Plaintiffs' Complaint on March 1, 2022 (Dkt. 5); and

Whereas, the parties have conferred and agree that Defendant will withdraw its motion to dismiss, and that additional time is warranted for Defendant to evaluate the Complaint and prepare its Answer.

Therefore, the parties hereby STIPULATE and AGREE that Defendant's deadline to respond to the Complaint shall be **March 25, 2022**. The parties hereby request the Court memorialize this deadline by entering the proposed order accompanying this stipulation.

STIPULATION EXTENDING TIME TO RESPOND TO
COMPLAINT AND [PROPOSED] ORDER
(No. 3:22-cv-05108-BJR) - 2

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200   FAX, (206) 407-2278

DATED this 16th day of March, 2022.

**CALFO EAKES LLP**

By: *s/ Matthew A. Carvalho*
Angelo J. Calfo, WSBA #27079
Matthew A. Carvalho, WSBA #31201
Marisa L. Berlinger, WSBA #58991
1301 Second Avenue, Suite 2800
Seattle, WA 98101
(206) 407-2200 | Phone
Email:  angeloc@calfoeakes.com
           mattc@calfoeakes.com
           marisab@calfoeakes.com

*Attorneys for Defendant OptimisCorp*

**GORDON THOMAS HONEYWELL LLP**

By: *s/ Margaret Y. Archer (w/permission)*
Margaret Y. Archer, WSBA #21224
1201 Pacific Avenue, Suite 2100
Tacoma, WA 98402
Phone: (253) 620-6500
Email: marcher@gth-law.com

*Attorneys for Plaintiffs*

STIPULATION EXTENDING TIME TO RESPOND TO
COMPLAINT AND [PROPOSED] ORDER
(No. 3:22-cv-05108-BJR) - 3

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200   FAX, (206) 407-2278

# ORDER

The Court hereby ORDERS that the deadline to file Defendant's response to Plaintiffs' Complaint shall be March 25, 2022.

DATED this 17th day of March 2022.

*[signature]*
Barbara Jacobs Rothstein
U.S. District Court Judge

*Presented by:*

**CALFO EAKES LLP**

By: *s/ Matthew A. Carvalho*
Angelo J. Calfo, WSBA #27079
Matthew A. Carvalho, WSBA #31201
Marisa L. Berlinger, WSBA #58991
1301 Second Avenue, Suite 2800
Seattle, WA 98101
(206) 407-2200 | Phone
Email:   angeloc@calfoeakes.com
              mattc@calfoeakes.com
              marisab@calfoeakes.com

*Attorneys for Defendant OptimisCorp*

STIPULATION EXTENDING TIME TO RESPOND TO
COMPLAINT AND [PROPOSED] ORDER
(No. 3:22-cv-05108-BJR) - 4

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200   FAX, (206) 407-2278