UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PATRICK G. GARLOCK and LARENE M. GARLOCK, husband and wife; and MICHAEL H. JENNINGS, JR. and NANCY A. JENNINGS, husband and wife,

Plaintiffs,

v.

OPTIMISCORP, a Delaware corporation,

Defendants.

NO. 3:22-cv-05108-BJR

ORDER GRANTING STIPULATED MOTION TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES

THIS MATTER having come before the Court upon the foregoing stipulation of the Parties requesting extension of the discovery and dispositive motion deadlines in this matter, and the Court having considered the above, and finding good cause to grant an extension in this case hereby ORDERS that the case scheduling order shall be MODIFIED as follows:

| DEADLINE | EXISTING DATE | NEW DATE |
|---|---|---|
| Discovery Completed by | March 15, 2023 | April 14, 2023 |
| All dispositive motions must be filed by | April 14, 2023 | May 15, 2023 |

ORDER GRANTING STIP. MOT. TO EXT. DISCOVERY AND DISPOSITIVE MOTION DEADLINES - 1 of []

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
TACOMA, WASHINGTON 98402
(253) 620-6500 - FACSIMILE (253) 620-6565

SO ORDERED.

DATED this 14th day of February 2023.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

GORDON THOMAS HONEYWELL LLP

By _____
Margaret Y. Archer, WSBA No. 21224
marcher@gth-law.com
Ian Leifer, WSBA No. 56670
ileifer@gth-law.com
Attorneys for

and

MORGAN, LEWIS, & BOCKIUS LLP

By: *s/ Marisa L. Berlinger*
Angelo J. Calfo, WSBA No. 27079
Angelo.calfo@morganlewis.com
Molly A. Terwilliger, WSBA No. 28449
Molly.terwilliger@morganlewis.com
Marisa L. Berlinger, WSBA No. 58991
marisa.berlinger@morganlewis.com
Attorneys for Defendant

ORDER GRANTING STIP. MOT. TO EXT. DISCOVERY AND DISPOSITIVE MOTION DEADLINES - 2 of []

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
TACOMA, WASHINGTON 98402
(253) 620-6500 - FACSIMILE (253) 620-6565