THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PATRICK G. GARLOCK and LARENE M. GARLOCK, husband and wife; and MICHAEL H. JENNINGS, JR. and NANCY A. JENNINGS, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>OPTIMISCORP, a Delaware corporation,<br><br>Defendant. | Case No. 3:22-cv-05108-BJR<br><br>**STIPULATION AND ORDER GRANTING REVISED CASE SCHEDULE** |

STIPULATION AND ORDER GRANTING REVISED
CASE SCHEDULE - 1
(Case No. 3:22-cv-05108-BJR)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

## STIPULATION

The parties in the above-captioned action, through their undersigned counsel, hereby STIPULATE and AGREE as follows:

Whereas, in its June 6, 2023, Order Granting Motion to Amend, allowing Plaintiffs to amend their complaint for declaratory relief to seek additional relief regarding an indemnity agreement between the parties, the Court instructed "the parties to present a revised scheduling order (including a fixed date for mediation)" by June 21, 2023 (Dkt. 52) if the "amendment requires adjustment of the previously scheduled case management dates";

Whereas, on May 26, 2023, the parties engaged in a private mediation, but no settlement was achieved. If the Court concludes that this mediation was insufficient to meet the mediation requirement contemplated in the Court's June 6, 2023, Order, the parties included a deadline to complete mediation as directed; and

Whereas, the parties have met and conferred, agreed that the amendment requires adjustment of the previously scheduled case management dates, and have reached an agreement on a proposed revised case schedule.

Therefore, the parties hereby STIPULATE and AGREE that the Court enter an order to modify the case schedule in accordance with the below:

| EVENT | DATE |
|---|---|
| Deadline to complete discovery *only as to the newly added declaratory judgment relief sought regarding the Indemnity Agreement, any related counterclaims that may be asserted, and any defenses thereto.* The prior April 14, 2023, fact discovery cut-off still applies to the claims as they existed in the complaint and counterclaims on file as of April 14, 2023. | October 6, 2023 |
| Deadline for any party to file a dispositive motion *only as to the newly added declaratory judgment relief sought regarding the Indemnity Agreement, any related counterclaims, or any defenses thereto.*[1] | October 20, 2023 |

---

[1] The briefing on the parties' dispositive motions on the claims and counterclaims that existed in complaint and/or answer on file the case prior to the amendment on June 6, 2023, is completed. If the Court is inclined to do so, the parties are not opposed to the Court ruling on the issues presented as to those claims prior to the completion of dispositive motion briefing concerning the indemnity agreement claim.

STIPULATION AND ORDER GRANTING REVISED
CASE SCHEDULE - 2
(Case No. 3:22-cv-05108-BJR)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

| EVENT | DATE |
|---|---|
| Deadline for any party to oppose a dispositive motion *only as to the newly added declaratory judgment relief sought regarding the Indemnity Agreement, any related counterclaims, or any defenses thereto.* | November 10, 2023 |
| Deadline for any party to file a reply in support of their dispositive motion *only as to the newly added declaratory judgment relief sought regarding the Indemnity Agreement, any related counterclaims, or any defenses thereto.* | December 1, 2023 |
| Deadline to complete mediation. | December 31, 2023 **OR** N/A if mediation requirement is deemed satisfied |
| Deadline to file motions in limine | February 16, 2024 |
| Joint pretrial statement due | February 26, 2024 |
| Pretrial conference | March 11, 2023 |
| Bench trial (4 days) | March 25, 2024 |

The parties hereby request the Court memorialize these deadlines by entering the proposed order accompanying this stipulation.

DATED this 21st day of June, 2023.

**GORDON THOMAS HONEYWELL LLP**

By: *s/ Ian M. Leifer (w/permission)*
Margaret Y. Archer, WSBA #21224
Ian M. Leifer, WSBA #56670
1201 Pacific Avenue, Suite 2100
Tacoma, WA 98402
Phone: (253) 620-6500
Email:   marcher@gth-law.com
             ileifer@gth-law.com

*Attorneys for Plaintiffs Garlock and Jennings*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Marisa L. Berlinger*
Angelo J. Calfo, WSBA #27079
Molly A. Terwilliger, WSBA #28449
Marisa L. Berlinger, WSBA #58991
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email:   angelo.calfo@morganlewis.com
             molly.terwilliger@morganlewis.com
             marisa.berlinger@morganlewis.com

*Attorneys for Defendant OptimisCorp*

STIPULATION AND ORDER GRANTING REVISED CASE SCHEDULE - 3
(Case No. 3:22-cv-05108-BJR)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

# ORDER

The Court hereby ORDERS that the following case schedule be entered:

| EVENT | DATE |
| --- | --- |
| Deadline to complete discovery *only as to the newly added declaratory judgment relief sought regarding the Indemnity Agreement or any related counterclaims*.  The prior April 14, 2023, fact discovery cut-off still applies to the claims as they existed in the complaint and counterclaims on file as of April 14, 2023. | October 6, 2023 |
| Deadline for any party to file a dispositive motion *only as to the newly added declaratory judgment relief sought regarding the Indemnity Agreement, any related counterclaims, or any defenses thereto.* | October 20, 2023 |
| Deadline for any party to oppose a dispositive motion *only as to the newly added declaratory judgment relief sought regarding the Indemnity Agreement, any related counterclaims, or any defenses thereto.* | November 10, 2023 |
| Deadline for any party to file a reply in support of their dispositive motion *only as to the newly added declaratory judgment relief sought regarding the Indemnity Agreement, any related counterclaims, or any defenses thereto*. | December 1, 2023 |
| Deadline to complete mediation | December 31, 2023 |
| Deadline to file motions in limine | February 16, 2024 |
| Joint pretrial statement due | February 26, 2024 |
| Pretrial conference | March 11, 2024 |
| Bench trial (4 days) | March 25, 2024 |

SO ORDERED.

DATED this 26th day of June, 2023.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATION AND ORDER GRANTING REVISED
CASE SCHEDULE - 4
(Case No. 3:22-cv-05108-BJR)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401